**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-22924-RAR**

**AUSTIN LAPOTEN**,

    Plaintiff,

v.

**HQ MANAGEMENT CO, LLC**, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*.  The record indicates that Defendant HQ Management Co, LLC has been served with process.  *See* Return of Service, [ECF No. 9].  However, no proof of service has been filed for Defendant Sam Nazarian.  To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that Defendant HQ Management Co, LLC shall not file a response or answer until Defendant Sam Nazarian has been served with process.  After Defendant Sam Nazarian has been served, all Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond.  Plaintiff shall promptly file a return of service after serving Defendant Sam Nazarian.

**DONE AND ORDERED** in Miami, Florida, this 5th day of June, 2026.

_____
  **RODOLFO A. RUIZ II**
  **UNITED STATES DISTRICT JUDGE**